# Order

**Michigan Supreme Court**
**Lansing, Michigan**

May 25, 2016

Robert P. Young, Jr.,
Chief Justice

152793

Stephen J. Markman
Brian K. Zahra
Bridget M. McCormack
David F. Viviano
Richard H. Bernstein
Joan L. Larsen,
Justices

MEEMIC INSURANCE COMPANY, as the
subrogee of CATHERINE EPPARD and KEVIN
BYRNES,
       Plaintiff-Appellant,

v

       SC: 152793
       COA: 322072
       Wexford CC: 13-024887-NF

MICHIGAN MILLERS MUTUAL INSURANCE,
AUTO-OWNERS INSURANCE COMPANY,
RICK PUTVIN, KIP JAMES CERGENUL, a/k/a
JIM CERGENUL, and STATE FARM MUTUAL
AUTO INSURANCE COMPANY,
       Defendants,
and

HOME-OWNERS INSURANCE COMPANY,
       Defendant-Appellee.

_____/

     On order of the Court, the application for leave to appeal the October 27, 2015 judgment of the Court of Appeals is considered, and it is DENIED, because we are not persuaded that the questions presented should be reviewed by this Court.



     I, Larry S. Royster, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

May 25, 2016



Clerk

t0518